IN RE: Vivek SHAH, Petitioner.

No. 17-1294

United States Court of Appeals,
Fourth Circuit.

Submitted: June 20, 2017

Decided: June 22, 2017

Vivek Shah, petitioner pro se.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vivek Shah petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. We conclude that the present record does not reveal undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny Shah's petition and supplemental petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*